1  LAURA E. FANNON, ESQ. (SBN 111500)
   KELLY, HERLIHY & KLEIN, LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA  94104-4602
3  Telephone:  (415) 438-3733
   Facsimile:  (415) 391-7808
4

5
   Attorneys for Defendant
6  GOOD SAMARITAN HEALTH SYSTEM
   LONG TERM DISABILITY PLAN
7

8

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12

13
   CANDIDA VALLEJO                    )   Case No.:  C06 4358 MHP
14                                    )
                 Plaintiff,           )   **STIPULATION OF DISMISSAL OF**
15                                    )   **ACTION WITH PREJUDICE**
       vs.                            )   [Fed.R.Civ.P. 41(a)]
16                                    )
   GOOD SAMARITAN HEALTH SYSTEM'S     )
17 LONG TERM DISABILITY PLAN          )
                                      )
18               Defendants.          )
                                      )
19                                    )
                                      )
20 _____)

21

22

23

24

25

26

27

28

---

1  Plaintiff Candida Vallejo and defendant Good Samaritan Health System Long Term Plan,
2  by and through their respective counsel, hereby stipulate and agree that the captioned action may
3  be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
4  Procedure.  Each party shall bear her or its own costs of suit.

FRICKER & MELLEN & ASSOCIATES

Dated: March 2, 2007          By_____/s/_____
                                Timothy Fricker
                                Attorney for Plaintiff
                                CANDIDA VALLEJO


KELLY, HERLIHY & KLEIN, LLP

Dated: March 2, 2007          By_____/s/_____
                                Laura E. Fannon
                                Attorney for Defendant
                                GOOD SAMARITAN HEALTH SYSTEM
                                LONG TERM DISABILITY PLAN

3/5/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO.:  C06 4358 MHP